KAMER ZUCKER ABBOTT
Scott M. Abbott          #4500
Jen J. Sarafina          #9679
3000 West Charleston Boulevard, Suite 3
Las Vegas, Nevada 89102-1990
Tel: (702) 259-8640
Fax: (702) 259-8646
sabbott@kzalaw.com
jsarafina@kzalaw.com

Attorneys for Defendants
Kelvin Watson and Las Vegas-
Clark County Library District

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **DANIELLE MILAM**, an individual, | |
| Plaintiff, | Case No. 2:22-cv-01048-JCM-BNW |
| vs. | |
| **KELVIN WATSON**, an individual and Executive Director for The Las Vegas-Clark County Library District; **THE LAS VEGAS-CLARK COUNTY LIBRARY DISTRICT**, a political subdivision of the State of Nevada; and **THE LAS VEGAS-CLARK COUNTY LIBRARY DISTRICT FOUNDATION, INC.**, a Nevada non-profit corporation, | **STIPULATION AND REQUEST FOR STAY OF LITIGATION PROCEEDINGS PENDING THE PARTIES' MEDIATION EFFORTS** <br><br> **(FIRST REQUEST)** |
| Defendants. | |

   Plaintiff Danielle Milam and Defendants Kelvin Watson and the Las Vegas-Clark County Library District, by and through their respective counsel of record, stipulate and request that the Court stay all litigation proceedings in this matter for 120 days, up to and including January 31, 2023, to allow the parties an opportunity to engage in mediation and determine whether an early resolution of this matter is possible.  In support of this Stipulation and Request, the parties state as follows:

   1.   Plaintiff filed her Complaint (ECF No. 1) in this matter on July 1, 2022.

2. Pursuant to an agreement between counsel, Defendants Kelvin Watson and the Las Vegas-Clark County Library District (hereinafter "the District") acknowledged service of the Summons and Complaint on September 13, 2022 (ECF No. 4). Defendants Watson and the District currently have a deadline of October 4, 2022 to respond to the Complaint.

3. Counsel for Plaintiff and for Defendants Watson and the District have been discussing the potential mediation of this matter to determine whether an early resolution may be achieved. Counsel are currently in the process of submitting the matter to an outside mediator.

4. This request to stay the proceedings is not sought for any improper purpose or other reason of delay. Rather, it is sought only conserve the expenditures and resources of this litigation while the parties engage in mediation.

5. This is the first request to stay the proceedings in this matter.

WHEREFORE, the parties respectfully request that the Court stay the proceedings in this case for 120 days, up to and including January 31, 2023, to allow the parties to engage in mediation efforts.

DATED this 3rd day of October 2022.                DATED this 3rd day October 2022.

Respectfully submitted,                             Respectfully submitted,

/s/ Mitchell Stipp                                  /s/ Scott M. Abbott
Mitchell Stipp, Esq.   #7531                        Scott M. Abbott     #4500
LAW OFFICE OF MITCHELL STIPP                        Jen J. Sarafina     #9679
1180 N. Town Center Drive, Suite 100                KAMER ZUCKER ABBOTT
Las Vegas, Nevada  89144                            3000 West Charleston Boulevard, Suite 3
Tel: (702) 602-1242                                 Las Vegas, Nevada 89102
Fax: (866) 220-5332                                 Tel: (702) 259-8640
                                                    Fax: (702) 259-8646

Attorney for Plaintiff                              Attorneys for Defendants Kelvin Watson
                                                    And Las Vegas-Clark County Library District

IT IS SO ORDERED. **Counsel is directed to file a status report with the court on February 1, 2023.**

October 3, 2022
_____                              _____
DATE                                                UNITED STATES DISTRICT JUDGE