1  KAMER ZUCKER ABBOTT
   Scott M. Abbott         #4500
2  Jen J. Sarafina         #9679
   3000 West Charleston Boulevard, Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel: (702) 259-8640
4  Fax: (702) 259-8646
   sabbott@kzalaw.com
5  jsarafina@kzalaw.com

6  Attorneys for Defendants
   Kelvin Watson and Las Vegas-
7  Clark County Library District

8              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
9

   **DANIELLE MILAM**, an individual,          )
10                                             )   Case No. 2:22-cv-01048-JCM-BNW
                       Plaintiff,              )
11                                             )
   vs.                                         )
12                                             )
   **KELVIN WATSON**, an individual and        )
13 Executive Director for The Las Vegas-       )
   Clark County Library District; **THE LAS**  )   **STIPULATION AND ORDER FOR**
14 **VEGAS-CLARK COUNTY LIBRARY**              )   **DISMISSAL WITH PREJUDICE**
   **DISTRICT**, a political subdivision of the)
15 State of Nevada; and **THE LAS VEGAS-**     )
   **CLARK COUNTY LIBRARY DISTRICT**           )
16 **FOUNDATION, INC.**, a Nevada non-profit   )
   corporation,                                )
17                                             )
                       Defendants.             )
18 _____)

19         Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Danielle Milam

20 ("Plaintiff") and Defendants Kelvin Watson and the Las Vegas-Clark County Library District

21 (collectively, "Defendants"),[1] by and through their respective counsel of record, hereby stipulate and

22 request that the causes of action asserted by Plaintiff in the above-captioned case be dismissed against

23

24 [1] For purposes of this Stipulation and Order, the term "Defendants" excludes The Las Vegas-Clark County Library District Foundation, Inc.

---

KAMER ZUCKER ABBOTT    *Attorneys at Law*

3000 West Charleston Boulevard, Suite 3 • Las Vegas, NV 89102 • (702) 259-8640                    Page 1 of 2

Defendants *with prejudice*, and the parties hereto agree to bear their own attorney's fees and costs, except as otherwise provided.

DATED this 30th day of January 2023.

Respectfully submitted,

| LAW OFFICE OF MITCHELL STIPP | KAMER ZUCKER ABBOTT |
|---|---|
| /s/ *Mitchell Stipp* | /s/ *Scott M. Abbott* |
| Mitchell Stipp, Esq.   #7531 | Scott M. Abbott    #4500 |
| LAW OFFICE OF MITCHELL STIPP | Jen J. Sarafina    #9679 |
| 1180 N. Town Center Drive, Suite 100 | KAMER ZUCKER ABBOTT |
| Las Vegas, Nevada 89144 | 3000 West Charleston Boulevard, Suite 3 |
| Tel: (702) 602-1242 | Las Vegas, Nevada 89102 |
| Fax: (866) 220-5332 | Tel: (702) 259-8640 |
| | Fax: (702) 259-8646 |
| Attorney for Plaintiff | Attorneys for Defendants Kelvin Watson And Las Vegas-Clark County Library District |

**IT IS SO ORDERED.**

February 1, 2023

**DATE**

UNITED STATES DISTRICT JUDGE